# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 20, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156066(72)

MICHAEL RAMSEY and GLENN DOWDY,
      Plaintiffs-Appellees,

v

LABORERS' LOCAL 1191, d/b/a
ROAD CONSTRUCTION LABORERS OF
MICHIGAN LOCAL 1191, and MICHAEL
AARON,
      Defendants-Appellants,
and

BRUCE RUEDISUELI,
      Defendant.
_____/

SC: 156066
COA: 329920
Wayne CC: 10-004708-CD

On order of the Chief Justice, the motion of plaintiffs-appellees to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer submitted on September 15, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2017

                                        Clerk